UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.,

Plaintiff

v.

COMITE PARTIDO POPULAR DEMOCRATICO,
et al.,

Defendants

CIVIL NO. 05-1557(HL)

| **DEFAULT JUDGMENT** |
|---|

Pursuant to the Motion for Default Judgment filed by plaintiff (Docket No. 67), the Clerk having previously entered default (Docket Nos. 61, 66), the Court finds for the plaintiff.  Accordingly, Default Judgment is hereby entered as to the following co-defendants: co-defendants José Rodríguez López a/k/a Tito Albino, his wife Cándida Martínez, and the Conjugal Partnership between  them, d/b/a **Negocio El Salto a/k/a Col. El Salto**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $375.00 in costs; co-defendants David Cruz Molina, his wife Narcisa Torres, and the Conjugal Partnership between them, d/b/a **Colito de David**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $375.00 in costs; co-defendants Carlos Pérez and his Conjugal Partnership, d/b/a **Barrita Toa Veca a/k/a Norma Café**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees and $440.00 in costs; co-defendants Carlos Morales and his Conjugal Partnership, d/b/a **Relinch a/k/a Relinch's**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs; co-defendants Jorge Delgado and his Conjugal Partnership, **d/b/a El Nuevo Ocho Brujo**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs; co-defendants Carmelo Paoli and his Conjugal Partnership, **d/b/a Blue Room a/k/a El Blue Room**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs; co-defendants Miguel Pérez and his Conjugal Partnership, **d/b/a Tropical Sport and Bar**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs; co-defendants Pedro J. Rodríguez-Hernández and his Conjugal Partnership, **d/b/a Monte Carlo Pizzería a/k/a Pizzería Monte Carlo**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs; co-defendants Fulgencio González and his Conjugal Partnership, **d/b/a Negocio de Villodas a/k/a Negocio de Flor**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs; co-defendants José A. Rivera and his Conjugal Partnership, **d/b/a Tito's Liquor Store and Restaurant a/k/a Tito's Liquor Store**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs.

**Date**:  June 2, 2006

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE