UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.,

Plaintiff

v.

COMITE PARTIDO POPULAR DEMOCRATICO,
et al.,

Defendants

CIVIL NO. 05-1557(HL)

## DEFAULT JUDGMENT

Pursuant to the Motion for Default Judgment filed by plaintiff (Docket No. 34), the Clerk having previously entered default (Docket No. 6), the Court finds for the plaintiff. Accordingly, Default Judgment is hereby entered as to co-defendants Melanie Boffil a/k/a Melani Bofflit a/k/a Melanie Bofil, and her Conjugal Partnership, **d/b/a Piscos Beer Gardens**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $500.00 in attorney's fees, and $380.00 in costs.

**Date**:  June 20, 2006

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE